**1**

## ATTACHMENT TO ANSWER OF GARNISHEE

The Original Answer must be mailed to:

>Clerk, United States District Court
>399 Federal Building
>110 Michigan Street
>Grand Rapids, MI 49503

and a copy of this Answer to:

>United States Attorney's Office
>P. O. Box 208
>Grand Rapids, MI 49501-0208
>Attention: Financial Litigation Unit

and:

>Creighton Lonel Goins
>1893 Carriage Road, Apt. A
>Muskegon, Michigan 49442

**DUE TO PRIVACY REASONS PLEASE REMOVE THIS PAGE BEFORE FILING ANSWER WITH THE COURT**